1

**WANGER JONES HELSLEY PC**
265 E. River Park Circle, Suite 310

2  Post Office Box 28340
Fresno, California  93729

3  Telephone:  (559) 233-4800
Facsimile:  (559) 233-9330

4

Oliver W. Wanger #40331

5  Timothy Jones #119841
Michael S. Helsley # 199103

6

Attorneys for:   Defendant HALLIBURTON ENERGY SERVICES, INC.

7

8  **UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA**

10  ANTHONY PACALDO,                          Case No. 1:12-CV-01078-LJO-JLT

11            Plaintiff,                      **STIPULATION AND ORDER
                                              TO CONTINUE SCHEDULING**

12       v.                                   **CONFERENCE**

13  HALLIBURTON ENERGY SERVICES,             **Current Hearing Information:**
INC., and DOES 1 through 100;              **Date:      October 4, 2012**

14                                            **Time:      9:30 a.m.**
          Defendants.                        **Crt Rm: 6**

15                                            **Judge:    Hon. Jennifer L. Thurston**

16                                            **Proposed New Hearing Information:**
                                              **Date:** _____

17                                            **Time:      9:30 a.m.**
                                              **Crt Rm: 6**

18                                            **Judge:    Hon. Jennifer L. Thurston**

19           Defendant, HALLIBURTON ENERGY SERVICES, INC. ("HESI"), by and

20  through its counsel, Michael S. Helsley, Esq. of Wanger Jones Helsley PC and Plaintiff,

21  ANTHONY PACALDO ("Plaintiff"), by and through his counsel, Miguel Flores, Esq. of

22  Rodriguez & Associates, does hereby stipulate as follows:

23           WHEREAS, Plaintiff filed a Complaint on July 2, 2012;

24           WHEREAS, the Scheduling Conference in this matter is set for October 4,

25  2012, at 9:30 a.m. in Court Room 6;

26           WHEREAS, HESI filed a Motion to Compel Arbitration on October 1, 2012;

27           WHEREAS, HESI's Motion is set to be heard on November 7, 2012, at 10:00

28  a.m. before Magistrate Judge Jennifer L. Thurston;

1  WHEREAS, it is premature to schedule any dates, and conduct a Joint

2  Scheduling Conference in this case, until the Court rules on HESI's Motion to Compel

3  Arbitration;

4  WHEREAS, Plaintiff and HESI agree to a continuance of the October 4, 2012,

5  Scheduling Conference to a date set by the Court of _____

6  to allow the Court to rule on HESI's Motion to Compel Arbitration.

7  IT IS SO STIPULATED.

8                                                    RODRIGUEZ & ASSOCIATES

9

10  Dated:  October 1, 2012                    By: __/s/ J. Miguel Flores_____
                                                        J. Miguel Flores, Attorney for
11                                                      Plaintiff, Anthony Pacaldo

12  IT IS SO STIPULATED.

13                                                   WANGER JONES HELSLEY PC

14

15  Dated:  October 1, 2012                    By: __/s/ Michael S. Helsley_____
                                                        Michael S. Helsley, Attorney for
16                                                      Defendant, Halliburton Energy
                                                        Services Inc.

17

18                                      **ORDER**

19  Based upon the Stipulation of the parties, and a finding of good cause, the Court

20  **ORDERS** the Scheduling Conference in this matter be continued from October 4, 2012, to

21  **December 5, 2012 at 9:00 a.m.**  Telephonic appearances via CourtCall are authorized.

22

23

24

25  IT IS SO ORDERED.

26  Dated:  **October 2, 2012**              _____**/s/ Jennifer L. Thurston**
                                                    UNITED STATES MAGISTRATE JUDGE

27

28

{6058/029/00376037.DOC }                          2