**WANGER JONES HELSLEY PC**
265 E. River Park Circle, Suite 310
Post Office Box 28340
Fresno, California  93729
Telephone:  (559) 233-4800
Facsimile:  (559) 233-9330

Oliver W. Wanger #40331
Timothy Jones #119841
Michael S. Helsley # 199103

Attorneys for:   Defendant HALLIBURTON ENERGY SERVICES, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY PACALDO,<br><br>         Plaintiff,<br><br>     v.<br><br>HALLIBURTON ENERGY SERVICES, INC., and DOES 1 through 100;<br><br>         Defendants. | Case No. 1:12-CV-01078-LJO-JLT<br><br>**STIPULATION AND ORDER TO CONTINUE SCHEDULING CONFERENCE**<br><br>**Current Hearing Information:**<br>Date:    October 4, 2012<br>Time:    9:30 a.m.<br>Crt Rm:  6<br>Judge:   Hon. Jennifer L. Thurston<br><br>**Proposed New Hearing Information:**<br>Date: _____<br>Time:    9:30 a.m.<br>Crt Rm:  6<br>Judge:   Hon. Jennifer L. Thurston |

Defendant, HALLIBURTON ENERGY SERVICES, INC. ("HESI"), by and through its counsel, Michael S. Helsley, Esq. of Wanger Jones Helsley PC and Plaintiff, ANTHONY PACALDO ("Plaintiff"), by and through his counsel, Miguel Flores, Esq. of Rodriguez & Associates, does hereby stipulate as follows:

WHEREAS, Plaintiff filed a Complaint on July 2, 2012;

WHEREAS, the Scheduling Conference in this matter is set for October 4, 2012, at 9:30 a.m. in Court Room 6;

WHEREAS, HESI filed a Motion to Compel Arbitration on October 1, 2012;

WHEREAS, HESI's Motion is set to be heard on November 7, 2012, at 10:00 a.m. before Magistrate Judge Jennifer L. Thurston;

WHEREAS, it is premature to schedule any dates, and conduct a Joint Scheduling Conference in this case, until the Court rules on HESI's Motion to Compel Arbitration;

WHEREAS, Plaintiff and HESI agree to a continuance of the October 4, 2012, Scheduling Conference to a date set by the Court of _____ to allow the Court to rule on HESI's Motion to Compel Arbitration.

IT IS SO STIPULATED.

RODRIGUEZ & ASSOCIATES

Dated: October 1, 2012       By: __/s/ J. Miguel Flores_____
                                  J. Miguel Flores, Attorney for
                                  Plaintiff, Anthony Pacaldo

IT IS SO STIPULATED.

WANGER JONES HELSLEY PC

Dated: October 1, 2012       By: __/s/ Michael S. Helsley_____
                                  Michael S. Helsley, Attorney for
                                  Defendant, Halliburton Energy
                                  Services Inc.

## **ORDER**

Based upon the Stipulation of the parties, and a finding of good cause, the Court **ORDERS** the Scheduling Conference in this matter be continued from October 4, 2012, to **December 5, 2012 at 9:00 a.m.** Telephonic appearances via CourtCall are authorized.

IT IS SO ORDERED.

Dated:   **October 2, 2012**         **/s/ Jennifer L. Thurston**
                                     UNITED STATES MAGISTRATE JUDGE