1
2
3
4

**WANGER JONES HELSLEY PC**
265 E. River Park Circle, Suite 310
Post Office Box 28340
Fresno, California  93720
Telephone:  (559) 233-4800
Facsimile:  (559) 233-9330

5
6

Oliver W. Wanger #40331
Timothy Jones #119841
Michael S. Helsley # 199103

7

Attorneys for:   Defendant, HALLIBURTON ENERGY SERVICES, INC.

8

### UNITED STATES DISTRICT COURT

9

### EASTERN DISTRICT OF CALIFORNIA

10
11
12
13
14
15
16
17

| | |
|---|---|
| ANTHONY PACALDO,<br><br>            Plaintiff,<br><br>      v.<br><br>HALLIBURTON ENERGY SERVICES,<br>INC., and DOES 1 through 100;<br><br>            Defendant(s). | Case No. 1:12-CV-01078-LJO-JLT<br><br>**STIPULATION AND ORDER TO DISMISS**<br><br>**Complaint Filed:  July 2, 2012**<br>**Judge:  Hon. Lawrence J. O'Neill** |

18

        IT IS HEREBY STIPULATED by and between the parties to this action through

19

their respective counsel, that the above-captioned action be dismissed **WITH PREJUDICE** as to

20

Defendant, HALLIBURTON ENERGY SERVICES, INC. pursuant to Federal Rules of Civil

21

Procedure, Rule 41(a)(1). The parties have further stipulated that each side will bear their own

22

costs, including attorneys' fees.

23

        **IT IS SO STIPULATED.**

24
25

                                    **WANGER JONES HELSLEY PC**

26
27

DATED:  February 20, 2014              By: /s/ Michael S. Helsley _____
                                         Michael S. Helsley, Attorneys for Defendant,
                                         HALLIBURTON ENERGY SERVICES, INC.

28

{6058/029/00454574.DOC}              1

1    **IT IS SO STIPULATED.**

2                                **RODRIGUEZ & ASSOCIATES**

3

4    DATED: February 24, 2014           By: /s/ Jose Miguel Flores

5                                 Jose Miguel Flores, Attorneys for Plaintiff
                                  ANTHONY PACALDO

6

7                              **ORDER**

8

9    Based upon this Stipulation, **IT IS HEREBY ORDERED** that this Action

10  is DISMISSED WITH PREJUDICE as to Defendant, HALLIBURTON ENERGY SERVICES,

11  INC., all parties are to bear their own fees and costs.  The clerk is directed to close this action.

12

13  IT IS SO ORDERED.

14    Dated:  **February 25, 2014**          **/s/ Lawrence J. O'Neill**
                                          UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28